# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

**CV 15 3899**

| | |
|---|---|
| KADEEM MORGAN<br>Plaintiff | ) ) ) ) |
| v. | ) ) ) CIVIL ACTION NO.: |
| THE CITY OF NEW YORK, NEW YORK CITY POLICE<br>POLICE DEPARTMENT OFFICER OLDSON<br>AJESULAS, Tax Reg. No.: 942931, and NEW YORK<br>CITY POLICE DEPARTMENT SERGEANT JONATHAN<br>ROSARIO, Tax Reg. No.: 942478<br>Defendants | ) ) ) ) ) ) ) |

**JOHNSON, J.**

**BLOOM, M.J.**

## SUMMONS IN A CIVIL ACTION

To:

**SGT. JONATHAN ROSARIO**, PSA 9, 155-09 Jewel Avenue, Flushing, NY 11367

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**THE LAW OFFICES OF DAVID J. HERNANDEZ & ASSOCIATES, 26 Court Street, Suite 2707, Brooklyn, NY 11242**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:

**JUL 0 2 2015**

DOUGLAS C. PALMER
*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

for the
Eastern District of New York

|  |  |  |
|---|---|---|
| __KADEEM MORGAN__<br>Plaintiff | ) ) ) ) | **CV 15**   **3899** |
| v. | ) ) | CIVIL ACTION NO.: |
| THE CITY OF NEW YORK, NEW YORK CITY POLICE<br>POLICE DEPARTMENT OFFICER OLDSON<br>AJESULAS, Tax Reg. No.: 942931, and NEW YORK<br>CITY POLICE DEPARTMENT SERGEANT JONATHAN<br>ROSARIO, Tax Reg. No.: 942478<br>Defendants | ) ) ) ) ) ) | *JOHNSON, J.*<br><br>*BLOOM, M.J.* |

## SUMMONS IN A CIVIL ACTION

To:

**P.O. OLDSON AJESULAS**, PSA 9, 155-09 Jewel Avenue, Flushing, NY 11367

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**THE LAW OFFICES OF DAVID J. HERNANDEZ & ASSOCIATES, 26 Court Street, Suite 2707, Brooklyn, NY 11242**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **JUL 0 2 2015**

DOUGLAS C. PALMER
*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT

## for the
### Eastern District of New York

)
)

_____KADEEM MORGAN_____  **CV 15         3899**
Plaintiff                                          )
                                                   )
v.                                                 )   CIVIL ACTION NO.:
                                                   )
THE CITY OF NEW YORK, NEW YORK CITY POLICE         )
POLICE DEPARTMENT OFFICER OLDSON                   )
AJESULAS, Tax Reg. No.: 942931, and NEW YORK       )
CITY POLICE DEPARTMENT SERGEANT JONATHAN           )   **JOHNSON, J.**
ROSARIO, Tax Reg. No.: 942478_____            )
Defendants                                             **BLOOM, M.J.**

## SUMMONS IN A CIVIL ACTION

To:

**THE CITY OF NEW YORK**, 100 Church Street, New York, NY 10007

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**THE LAW OFFICES OF DAVID J. HERNANDEZ & ASSOCIATES, 26 Court Street, Suite 2707, Brooklyn, NY 11242**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __**JUL 02 2015**__

DOUGLAS C. PALMER
*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

