UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
KADEEM MORGAN,

                        Plaintiff,

-against-

THE CITY OF NEW YORK, NEW YORK CITY POLICE
DEPARTMENT OFFICER OLDSON AJESULAS,
Tax. Reg. No.: 942931, and NEW YORK CITY POLICE
DEPARTMENT SERGEANT JONATHAN ROSARIO,
Tax. Reg. No.: 942478

                        Defendants.
-------------------------------------------------------------------------X

**Civil Action No.: CV 15 3899**

**AFFIDAVIT OF SERVICE**

Carlos Mulles being duly sworn deposes and says:

1. I am over 18 years of old, not a party to this action and reside in Bronx County, New York.

2. On July 8, 2015 at 10:24 a.m., at the City of New York Law Department, located at 100 Church Street, 4th floor, New York, New York, 10007, your deponent served a Summons & Complaint on the defendant, CITY OF NEW YORK, by delivering thereat a true copy to Betty Mazyck, the Service Window Clerk, who stated she is authorized to accept service. Ms. Mazyck is a female with black skin, grey hair, brown eyes, approximately 5'6 and approximately 190-200lbs.

_____
Carlos Mulles

Subscribed and sworn to before me this
8th day of July, 2015

_____
Notary Public

Timothy P. Manning
Notary Public, State of New York
No. 02MA6301230
Qualified in Suffolk County
Commission Expires April 14, 2018

CIVIL ACTION NO.: CV 15 3899

UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

KADEEM MORGAN,

    Plaintiff,

-against-

THE CITY OF NEW YORK, NEW YORK
CITY POLICE DEPARTMENT POLICE OFFICER OLDSON AJESULAS, Tax Reg. No.: 942931, and NEW YORK CITY POLICE DEPARTMENT SERGEANT JONATHAN ROSARIO, Tax Reg. No.: 942478,

    Defendants.

## AFFIDAVIT OF SERVICE

**LAW OFFICES OF
DAVID J. HERNANDEZ & ASSOCIATES
Attorneys for Plaintiff(s)
26 Court Street, Suite 2200
Brooklyn, NY 11242
718-522-0009**

I, David J. Hernandez, Esq., certify that to the best of my knowledge, information and belief, formed after an inquiry reasonable under the circumstances, the presentation of the foregoing paper or the contentions therein are not frivolous as defined in subsection (c) of Section 130.01 of the Rules of the Chief Administrator of the Courts.

Dated: Brooklyn, New York
      July 8, 2015

                                          David J. Hernandez, Esq.

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| KADEEM MORGAN<br>Plaintiff<br><br>v.<br><br>THE CITY OF NEW YORK, NEW YORK CITY POLICE<br>POLICE DEPARTMENT OFFICER OLDSON<br>AJESULAS, Tax Reg. No.: 942931, and NEW YORK<br>CITY POLICE DEPARTMENT SERGEANT JONATHAN<br>ROSARIO, Tax Reg. No.: 942478<br>Defendants | **CV 15    3899**<br><br>CIVIL ACTION NO.: CV 15 3899<br><br>JOHNSON, J.<br><br>BLOOM, M.J. |

## SUMMONS IN A CIVIL ACTION

To:

**THE CITY OF NEW YORK**, 100 Church Street, New York, NY 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**THE LAW OFFICES OF DAVID J. HERNANDEZ & ASSOCIATES, 26 Court Street, Suite 2707, Brooklyn, NY 11242**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **JUL 02 2015**

DOUGLAS C. PALMER
*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

2015 JUL -8 AM 10:24
CITY OF N.Y. LAW DEPT.
OFFICE OF CORP. COUNSEL
COMMUNICATIONS UNIT

2015 JUL -8 AM 10:24
CITY OF N.Y. LAW DEPT.
OFFICE OF CORP. COUNSEL
COMMUNICATIONS UNIT