# DAVID J. HERNANDEZ & ASSOCIATES

*26 Court Street, Suite 2707*
*Brooklyn, New York 11242*
*Tel: 718-522-0009*

**DAVID J. HERNANDEZ***
David A. Bonilla Esq.

*Paralegal*
Tashika German
Carlos Mulles

*Admitted in New York & New Jersey

February 3, 2017

**BY EMAIL AND FIRST CLASS MAIL**
Karl J. Ashanti—Senior Counsel
Zachary W. Carter
Corporation Counsel for the City of New York
100 Church Street
New York, New York 10007

> Re: **Kadeem Morgan v. City of New York, et al.**
> **Docket No.: 15-CV-3899 (SJ)(LB)**

Dear Mr. Ashanti:

    As per the Court's individual rules and on behalf of Plaintiff, I respectfully write to apprise you of the documents enclosed herewith that are being served in support of Plaintiff's opposition to Defendants' motion for summary judgment in the above-referenced matter:

- PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT;

- PLAINTIFF'S RULE 56.1 COUNTER-STATEMENT; and

- DECLARATION OF DAVID J. HERNANDEZ, ESQ. WITH EXHIBITS.

Thank you for your attention to this matter.

> Very Truly Yours,
>
> /s/
>
> David J. Hernandez, Esq.

Enc.